**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Harold Delano HAGINS, Defendant-Appellant.**

No. 71-2334
Summary Calendar.\*

United States Court of Appeals,
Fifth Circuit.
Nov. 22, 1971.

---

\* Senior Circuit Judge for the Tenth Circuit, sitting by designation.

\* [1] Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

---

Andrew J. MacMaster, Dallas, Tex. (Court Appointed), for defendant-appellant.

Eldon B. Mahon, U. S. Atty., Charles D. Cabaniss, Asst. U. S. Atty., Dallas, Tex., for plaintiff-appellee.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

In this case the District Court denied the letter motions of the prisoner, Harold D. Hagins, for modification or reduction of a two months sentence for escape from the Federal Correctional Institution, Seagoville, Texas.

■ The motions, on their face, appealed only to the sound discretion of the sentencing court. The appropriate exercise of that discretion will not be disturbed on appeal.

Affirmed.